Phyllis J. Alaimo, as Administratrix of Estate of Robert C. Alaimo, Deceased, and Judge & Dolph, Ltd., for Use of Hartford Accident & Indemnity Company, Appellees, v. Henry F. Du Pont, Appellant.

Gen. No. 46,805.

First District, Third Division.
June 13, 1956.
Rehearing denied July 18, 1956.
Released for publication September 12, 1956.

Eckert, Peterson & Lowry, for appellant; A. R. Peterson, Harold W. Huff, Herbert C. Loth, Jr., of counsel; Augustine J. Bowe, William J. Bowe, and John D. Casey, for appellees; John Bowe, of counsel. Opinion by JUDGE FEINBERG. **Not to be published in full.**